January 14, 2011

Mr. Wyatt L. Brooks
Burdett, Morgan, Williamson & Boykin, LLP
3423 South Soncy, Suite 300
Amarillo, TX 79119
Mr. John Smithee
Templeton Smithee Hayes Heinrich & Russell, L.L.P.
320 South Polk, Suite 1000, LB 5
Amarillo, TX 79101

RE: Case Number: 10-0013
 Court of Appeals Number: 07-08-00144-CV
 Trial Court Number: 4,330

Style: RITA LACKEY FILLINGIM PEARSON
 v.
 WILLIS DAN FILLINGIM

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Brenda G. |
| |Perrin |
| |Ms. Peggy Culp |